The next case is United States v. Schiller Larry Kahrs for the taxpayer Both parties filed a motion for summary judgment. The judge held it in favor of the government. All the facts are undisputed. There's no question about the facts. The real question in the case is, did the IRS make a prohibited referral to the Department of Justice at a time when they weren't supposed to do it? So, when you look at the statute, it states, beginning of the suit, well, actually, start off on that. The statute states, no proceeding in court for the collection of any tax shall be begun by the secretary during the pendency of a proceeding under this paragraph. But that didn't happen here, counsel, right? But the actual commencement of the proceeding did not happen before the termination of the payments that your client started. In other words, the referral was made, but the commencement of the action didn't occur until the offer was rejected for the interim payments, correct? Well, yes. The installment agreement was presented, well, it was actually done twice. The first time there was an installment agreement presented, it was accepted by the government, and payments were being made. I think it was $350 a month were being paid. It was about nine months. Right. Then it was discovered that the supervisor did not agree to it, so everything went back to zero, and they started it again. No, no, but my question is about the timing. The referral to the Department of Justice for prosecution was made before the rejection of the resolution of the payment plan, but the commencement of the prosecution itself didn't occur until after the rejection of the payment plan, correct? Well, I'll give you the timeline on that, and I have it written down, but the point is that the referral was made in the middle of negotiations to do an installment agreement, and that's what's prohibited by the statute of the regulations. Well, it may be the regulation says the IRS will not refer a case to the Department of Justice for the commencement of a proceeding in court against a person named in an installment agreement or proposed installment agreement. That's the precise terms of the regulation, but the statute doesn't say anything about referrals. No, that's not true, Your Honor. The district court judge said the same thing you said, and that's not correct. So what's the error in that? Okay, the error is, as I just said, as I just read what the statute says, no proceeding in court for the collection of any tax shall be begun by the secretary. That's the secretary of the Treasury. It's not the Department of Justice. Is there anything in the statute that says, that talks about the referral to the DOJ as opposed to commencement of action? That's what the district court was worried about, too. What I'm asking is, is there anything in the statute that talks about the referral? Well, yes and no. If you look at the regulations, it substitutes the term referral for begun. Is there anything in the statute that talks about a referral? No. Thank you. The word referral does not appear, but it doesn't matter because the regulations interpret the statute, and the interpretation is that begun, beginning, and proceeding means the referral. It's not a referral by the Department of Justice. It's a referral by the Internal Revenue Service. They make the referral. I understand that. Now, the RRA sets safeguards for taxpayers. Would you agree with that? That's correct. My opinion is that this was one of them. Okay. Well, that's my follow-up question. Right. Obviously, the statute was done in, I think, the year 1998, and this was the time when the IRS started trying to protect taxpayers from the IRS. They instituted a more formal installment agreement. They do offering compromises. They do a lot of things to try to protect taxpayers. You really can't pay, and this was one of them. Would you agree to give them a chance to try to resolve it short of litigation, correct? That's correct, and he did. How were your clients harmed or denied those safeguards when they did have an opportunity to suggest a resolution? The IRS is not bound to accept, correct? Correct. So how were your clients harmed or denied the safeguards? I understand. It's the same question raised by the district court. Basically, the district court, I believe, Your Honor, was also stating that they had a right to do an administrative appeal, and they didn't do it. Why didn't they do it? Because the revenue officer came over to the taxpayer's house and said he lost all the papers regarding the installment agreement. He wanted another copy. Taxpayer said, fine, here's another copy, and it had all the papers in it. It's got the bank rejections because the agent thought he could go to the bank to borrow enough money based on the value of his house. He couldn't. There were three rejections to that. There were a lot of papers in the request, bank statements, all kinds of things, and the taxpayer said to the agent, please return these to me because this is the only copy I have. What happens? The agent keeps it for seven months before he returns it, returns it after the administrative appeal, which should have happened, returns it after the Department of Justice files their complaint. So the safeguards weren't the application of the statute. It was because, in this case, your clients had the only copy of their records to the agent. Well, even if he would have filed an administrative appeal, he probably wouldn't have won because the IRS doesn't like to do these things all the time or so often, especially when they think the taxpayer owns a house and they claim it's worth $400,000 and he couldn't borrow against it. Well, banks don't loan money just based on the collateral. You've got to have some income. Taxpayer didn't have that much income at that time, and he still doesn't as of today, but he had a house. The banks don't want to have to sell a house in order to get their money back. So they want to see somebody that has funds to pay the bank off. So he couldn't get the loans, and I believe the IRS always questioned that, and so in spite, they just referred the case. At the time, they were still negotiating. When the agent came over, he also asked for a ton of documents, which had already been submitted. The agent said, well, we lost it, so we need them again. So I think the installment agreement the agent took back with him, the copy the taxpayer had, had most of those papers already in there. So I don't think he responded to the letter, because he already responded to it when the agent came over. And Mr. Kars, you've reserved three minutes of rebuttal time. Okay, thank you, Your Honor. Thank you. May it please the Court, Julia Veda for the United States. The timing of an authorization to file suit is not relevant to the timeliness of the suit once filed, and that's because on these facts a regulation cannot be read to impose an obligation that does not exist in the statute. As this Court has observed, nowhere in Section 6331K of the Internal Revenue Code is there any indication as to the procedure by which an authorization must be conveyed to the Justice Department before a suit can be filed. Here, the statute only restricts, as the Court has observed, when suit may be brought, not when or how it may be authorized. The regulation here cannot act to amend a statute. The Supreme Court has so held, and this Court has so held. It cannot add something to the statute that is not there. It cannot create obligations that were not established by Congress. Here, the statute merely says, a proceeding in court cannot be commenced, and it says be commenced by the secretary. That is true. But the secretary has delegated that authority and has done so by statute and by regulation to the Department of Justice, and the administrative procedures by which that authority is ultimately conveyed to the Justice Department, along with all of the necessary materials to file suit, were complied with here, with the exception that the referral did issue while an installment agreement was pending. I would like to correct a statement regarding the record made a little earlier. The installment agreement was never accepted. There was not any of the necessary supervisory authority. But we would note that the referral of the suit within the meaning of the regulation is a concept entirely distinct from the commencement of a suit within the meaning of a statute. As the panel has also noted, the conveyance of authorization to the Justice Department to bring suit is not visible to the taxpayer and does not affect the rights of the taxpayer, which here on this record were thoroughly addressed as required by RRA. The IRS gave thorough consideration to the proposed installment agreement. They received a detailed written notice explaining why. Does the taxpayer get notice when the referral is made? They do not, Your Honor. It's actually a confidential attorney work product. They were offered the opportunity to appeal the rejection. They may or may not have been able to based on the records in their possession, but neither the statute nor the regulation is concerned with that as a prerequisite to filing suit. Appeal is optional. They did not avail themselves of that option. By the time the suit was filed, the suspension provisions imposed by the statute had been lifted. The suit could legally proceed on the date it was filed, and the taxpayer does not suggest otherwise. So when the statute says no proceeding in court for the collection of any unpaid tax shall be begun by the secretary, what does begun mean? Begun means a complaint filed. Begun means a complaint filed because that's how you begin a proceeding in court in any context. Now the statute says secretary for the reasons previously stated. The secretary is the one with the primary authority to enforce the tax laws and collect tax debts. That authority has been delegated to the Justice Department and is conveyed on a suit-by-suit basis pursuant to administrative procedures which were followed here. But the suit is not begun by the secretary, and the suit in this case was not begun on behalf of the secretary by the Justice Department under the authority of the Attorney General at a time when it was impermissible. It was filed on the very day when the levy prohibition was lifted and suit became permissible to file again. If the court has no further questions, we will rest on our brief. Thank you. The fact that the IRS, or rather the Department of Justice, filed a suit after the restrictions elapsed was either a planned event or just a happenstance because it has nothing to do with the case. The statute 6331 says nothing about the Department of Justice filing a suit. It also says nothing about the secretary delegating authority to the Department of Justice, which I certainly, I doubt that. I haven't seen anything. That's something newly raised, which I never heard of before. Usually the IRS delegates it to another person in the IRS, not outside the IRS. These are two separate agencies, and they do separate things. I know that. Does the Department of Justice usually represent federal agencies when they go to court? I'm not sure. Yes, yes. They're representing the IRS there, but they're not delegated. I don't believe they're delegated to do things that the IRS is required to do. It stays within the IRS. They delegate it to some supervisor to do things. And in this case, it was delegated to the chief counselor's office. They sent a letter to the Department of Justice that was the referral that I'm referring to. And the referral is made by the district counselor's office, IRS, goes to the Department of Justice. Department of Justice, they can reject it. They don't have to go with it. They can reject it. There's not talking to each other on these things every day or at all. They're separate. They're separate. I worked in the chief counselor's office in New York for 15 years right up the street, 26 Federal Plaza. I would refer cases, criminal cases. At the top of the letter, it said, referral of a criminal case. We call it a CRL, criminal reference letter. The same thing happens in the civil division, except it's a civil case. We never spoke to the Department of Justice, anybody, unless they called us and they had a question, which never happened. They didn't call us. We were totally, completely separate. That was a long time ago. It was 1965 to 1980 when I worked there. But from what I understand, things haven't changed really. The names of letters have changed. They don't call it a criminal reference letter anymore. There's another name they give it, but it's the same thing. She, let's see. Again, the referral was defined in this code, in the regulations. The regulations' job is to interpret the code, and that's what they did. Even though the referral is not mentioned in the code, the regulations describe it, and the Internal Revenue Manual describes it, how the papers are done. The Internal Revenue Manual even says to the people reviewing these cases, watch out for, make sure there are no installment agreements pending. That's in my brief. But I have nothing more to add. Thank you. Thank you both, and we'll take the matter under advisement.